APPEAL No. 75-209. SIMONE M. PLOUFFE *et al.* *v.* GOODYEAR TIRE & RUBBER Co. *et al.* The time for filing the plaintiffs' brief, which was previously enlarged to December 12, 1975, is further enlarged to January 15, 1976. *Gladstone & Zarlenga, B. Lucius Zarlenga*, for plaintiffs. *Hinckley, Allen, Salisbury & Parsons, Robert W. Lovegreen*, for Goodyear Tire & Rubber Co. and Chrysler Motor Corporation. *Paul A. Anderson*, for the Hartford Auto Co.

## January 7, 1976.

M. P. No. 75-178. MOHAMMED ABRIRI *v.* TERRY ELLEN ABRIRI. Motion of respondent to dismiss the petitioner's appeal is denied. The petitioner's motion for extension of time to February 1, 1976 in which to transmit the record is granted. *Kirshenbaum & Kirshenbaum, Isidore Kirshenbaum*, for petitioner. *Leonard A. Kamaras*, for respondent.